Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION**

| In re:<br><br>  MATTHEW ROBBINS,<br>  KRISTINE ROBBINS,<br><br>Debtors. | Case No. 18-23162<br><br>Chapter 13<br><br>Hon. Kevin R. Anderson<br><br>*Hearing: 3/14/2022 @ 2:30 p.m.* |
|---|---|

**TRUSTEE'S RESPONSE TO MOTION TO VACATE DISMISSAL AND REQUEST
FOR ATTORNEY FEES**

Lon A. Jenkins, Chapter 13 Trustee, by and through counsel, hereby responds to the above-referenced motion as follows:

1. The Debtors seek to vacate dismissal of the case.

2. On March 1, 2022, the Court dismissed the case for failure to make plan payments.

3. As of the date of this response, Debtors are delinquent $465.00 (3 payments). The Trustee opposes the motion unless the Debtor cures the delinquency prior to the hearing on the Motion. Due to the dismissed posture of the case, the payment must be mailed to the Chicago lockbox (3111 Momentum Place, Chicago IL 60689). The payment should be mailed with sufficient time to post prior to the hearing.

4. Unless a fee application is filed, the Trustee objects to an Order granting fees and

costs because the Motion does not comply with 11 U.S.C. § 330 or Fed. R. Bankr. P. 2016.

WHEREFORE, the Trustee objects to entry of an Order granting the relief requested in the Motion.

DATED: March 10, 2022.

/s/ *MaryAnn Bride*
MARYANN BRIDE
Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing paper was served on the following person on March 10, 2022.

E. Kent Winward, Esq.
ECF Notification

/s/ *MB*
Office of the Chapter 13 Trustee

2